**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **ROBERT JOE THOMPSON,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:05cv00524** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **ROANOKE CITY JAIL,** | ) | **By: Jackson L. Kiser** |
| **Defendant.** | ) | **Senior U.S. District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C.

§1915A(b)(1). This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order and accompanying

memorandum opinion to the plaintiff.

ENTER: This 26 day of ___August___ , 2005.

Senior United States District Judge